UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| ANTONETTE COBURN, | ) | Case No. 05-41807-ERW |
| | ) | |
| Debtor. | ) | Hon. Eugene R. Wedoff |

**Trustee's Final Report**

To:   The Honorable Eugene R. Wedoff
      United States Bankruptcy Judge

NOW COMES Joseph A. Baldi, Trustee, Trustee herein, and respectfully submits to the Court and to the United States Trustee his Final Report in accordance with 11 U.S.C. §704(9).

1.      The Petition commencing this case was filed on September 29, 2005. Joseph A. Baldi, Trustee was appointed Trustee on the September 29, 2005. The Trustee's bond in this case is included as part of the Trustee's blanket bond coverage.

2.      The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee has not found it advisable to oppose the Debtor's discharge. The trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3.      The disposition of estate property is set forth in Exhibit B. The scheduled value of property abandoned is $90,000.00. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4.      A summary of the trustee's final account as of September 7, 2007 is as follows:

| | | |
|---|---|---|
| a. | RECEIPTS (See Exhibit C) | $270,456.80 |
| b. | DISBURSEMENTS (See Exhibit C) | $245,638.62 |
| c. | NET CASH available for distribution | $24,818.18 |
| d. | TRUSTEE/PROFESSIONAL COSTS: | |
| | 1.   Trustee compensation requested | $5,128.00 |
| | 2.   Trustee Expenses | $0.00 |
| | 3.   Compensation requested by attorneys or other professionals for trustee | |

| | | |
|---|---|---|
| (a.) | Popowcer Katten, Ltd<br>*Accountant for Trustee Fees* | $1,024.00 |
| (b.) | Joseph A. Baldi & Associates, P.C.<br>*Attorney for Trustee Fees* | $2,868.00 |

5.      The Bar Date for filing unsecured claims expired on March 8, 2006.

6.      All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee (Exhibit D). The actual dollar amount of claims allowed and/or requested for this estate is as follows:

| | | |
|---|---|---|
| a. | Allowed unpaid secured claims | $0.00 |
| b. | Chapter 7 administrative claims and 28 U.S.C. §1930 claims | $16,617.00 |
| c. | Allowed Chapter 11 administrative claims | $0.00 |
| d. | Allowed priority claims | $0.00 |
| e. | Allowed unsecured claims | $141,587.83 |

7.      Trustee proposes that unsecured creditors receive a distribution of 11.14% of allowed claims.

8.      The compensation previously awarded to Trustee's counsel, accountants or other professionals, and the compensation requested but not yet allowed is as follows:

| Applicant | Compensation and Expenses Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Joseph A. Baldi, Trustee<br>*Trustee* | $2,730.00 | $5,128.00 | $0.00 |
| Popowcer Katten, Ltd<br>*Accountant for Trustee* | $0.00 | $1,024.00 | $0.00 |
| Joseph A. Baldi & Associates<br>*Attorney for Trustee* | $4,867.00 | $2,868.00 | $0.00 |

9.     A fee of $1,700.00 was paid to Debtor's Counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

**WHEREFORE,** the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowance of the administrative claims and expenses stated in this Report, and for such other relief as the Court shall deem proper.

Respectfully Submitted

DATE: September 26, 2007

/s/
Joseph A. Baldi, Trustee
Suite 1500
19 South LaSalle Street
Chicago, IL  60603

**Trustee's Final Report**

**Tasks Completed by Trustee**

**Exhibit A**

## EXHIBIT A

### TASKS PERFORMED BY TRUSTEE

The Trustee reviewed the Debtors' Schedule of Assets and Liabilities and Statements of Financial Affairs. The Trustee conducted an examination of the Debtors at the Section 341 meeting of creditors.

A.    Trustee investigated and analyzed the debtor's interest in a parcel of real estate improved by a single family residence located at 2707 W. 84th Place, Chicago, IL 60632 ("84th Street Property"); Trustee determined that Debtor owned the 84th Street Property with her estranged husband, Maze Coburn ("Mr. Coburn"); Trustee learned that, as of the Petition Date, a contract for the sale of the 84th Street Property was pending; Trustee reviewed the contract and obtained an order of this Court authorizing him to sell the Estate's interest in the Property; Trustee closed the sale of the 84th Street Property in January of 2006 and collected net proceeds after payment of all liens and the costs of sale of $32,446.42 which was deposited in the Estate accounts; in addition, Trustee determined that Debtor and Mr. Coburn also owned a condominium unit which initially was not listed on the Debtor's schedules of liabilities; Trustee investigated the Estate's interest in the condominium, reviewed an appraisal on the condominium and determined that there was no equity in that parcel of real property for the Estate to administer; further, Trustee investigated the market value and analyzed the liens on the Debtor's residence; Trustee determined that there was no equity on the residence for the Estate to administer;

B.    Trustee invested and accounted for all funds received by the Estate and set up and maintained all bank accounts for the Estate;

C.    Trustee set up and maintained a computerized case management system for the Estate in order to efficiently keep track of records relating to the Estate's case history, assets, claims and banking activities;

D.    Trustee prepared semi-annual reports required by the United States Trustee and met with representatives of the U.S. Trustee regarding the administration and status of the case;

E.    Trustee examined and analyzed proofs of claim filed against the Estate;

F.    Trustee employed an accountant, oversaw the preparation of Estate tax returns and otherwise attended to the tax matters of the Estate; and

G.    Trustee otherwise administered this Estate and directed the allocation, liquidation and distribution of assets to creditors herein.

### EXHIBIT A

**Form I**

**Individual Estate Property Record and Report**

**Exhibit B**

FORM 1

### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page   1

| Case No: | 05-41807   ERW   Judge: Eugene R. Wedoff |
| Case Name: | COBURN, ANTONETTE |
| For Period Ending: | 09/25/07 |

| Trustee Name: | Joseph A. Baldi, Trustee |
| Date Filed (f) or Converted (c): | 09/29/05 (f) |
| 341(a) Meeting Date: | 11/10/05 |
| Claims Bar Date: | 03/08/06 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. Real Property | 260,000.00 | 49,563.97 | | 270,000.00 | FA | 199,336.82 | 21,099.21 |
|    50% interest in 2704 W. 84th Place | | | | | | | |
| 2. Post-Petition Interest Deposits (u) | Unknown | N/A | | 456.80 | Unknown | 0.00 | 0.00 |
| 3. Real Property | 90,000.00 | 0.00 | DA | 0.00 | FA | 75,000.00 | 7,500.00 |
|    7360 S. Campbell, Chicago - debtor's residence, no equity | | | | | | | |
| 4. Real Property (u) | Unknown | 0.00 | DA | 0.00 | FA | 0.00 | 0.00 |
|    debtor owns half interest with ex spouse in condo at 9219 S. Cottage Grove, Unit 2E, Trustee obtained appraisal of property and determined there is no value to estate to adminsiter Debtor's 50% interest in the property | | | | | | | |
| 5. Bank Accounts (u) | 600.00 | 0.00 | | 0.00 | FA | 0.00 | 600.00 |
|    Chicago Community Bank checking | | | | | | | |
| 6. Household Goods & Furnishings (u) | 1,200.00 | 0.00 | | 0.00 | FA | 0.00 | 1,200.00 |
| 7. Books and Art Objects (u) | 100.00 | 0.00 | | 0.00 | FA | 0.00 | 100.00 |
| 8. Wearing Apparel (u) | 300.00 | 0.00 | | 0.00 | FA | 0.00 | 300.00 |
| 9. Jewelry (u) | 300.00 | 0.00 | | 0.00 | FA | 0.00 | 300.00 |
| 10. Insurance Policies (u) | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
|    whole life, no cash value, no value to estate | | | | | | | |
| 11. Automobiles and Other Vehicles (u) | 14,125.00 | 0.00 | | 0.00 | FA | 12,300.00 | 1,200.00 |
|    2002 Saab 9-5 sedan | | | | | | | |
| 12. VOID (u) | Unknown | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| | | | | | Gross Value of Remaining Assets | | |
| TOTALS (Excluding Unknown Values) | $366,625.00 | $49,563.97 | | $270,456.80 | $0.00 | $286,636.82 | $32,299.21 |
| | | | | | (Total Dollar Amount in Column 6) | | |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page:    2

| | | | | |
|---|---|---|---|---|
| Case No: | 05-41807    ERW    Judge: Eugene R. Wedoff | | Trustee Name: | Joseph A. Baldi, Trustee |
| Case Name: | COBURN, ANTONETTE | | Date Filed (f) or Converted (c): | 09/29/05 (f) |
| | | | 341(a) Meeting Date: | 11/10/05 |
| | | | Claims Bar Date: | 03/08/06 |

Trustee sold Debtor's interest in property owned by Debtor with Debtor's estranged husband. Collected $32,000 for estate in 1/2006 . Investigated value of interest in condo also owned with ex husband and interest in Debtor's residence. Determined no equity in either property. Will abandon both at closing. (property 12 voided--duplicate entry of asset 4)

Initial Projected Date of Final Report (TFR): 03/01/07        Current Projected Date of Final Report (TFR): 09/01/07

**Trustee's Final Report**

**Form II**

**Estate Cash Receipts and Disbursements Record**

**Exhibit C**

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 05-41807 -ERW | | Trustee Name: | Joseph A. Baldi, Trustee |
| Case Name: | COBURN, ANTONETTE | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******0258  Interest earning MMA Account |
| Taxpayer ID No: | *******0248 | | | |
| For Period Ending: | 09/25/07 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| C 01/23/06 | | CHICAGO TITLE & TRUST CO.<br>8659 WEST 95TH STREET<br>HICKORY HILLS, IL 60457 | SALE PROCEEDS: REAL PROP | 32,446.42 | | | | | 32,446.42 |
| 01/23/06 | 1 | Asset Sales Memo:<br>CHICAGO TITLE & TRUST CO. | Real Property $270,000.00<br>Memo Amount:        270,000.00<br>SALE PROCEEDS: REAL PROP | | | | | | 32,446.42 |
| | | JAROS, TITLE & O'TOOLE | Memo Amount:    (  193,763.22 )<br>payoff first mortgage | | | | | | |
| | | CENTURY 21 DABBS | Memo Amount:    (  10,975.00 )<br>Broker's commission | | | | | | |
| | | GAIL RUSSELL | Memo Amount:    (  2,348.55 )<br>Real Estate Tax credits | | | | | | |
| | | ILLINOIS DEPARTMENT OF PUBLIC AID | Memo Amount:    (  5,573.60 )<br>Child Support lien | | | | | | |
| | | CHICAGO TITLE & TRUST CO. | Memo Amount:    (  2,194.00 )<br>Title company charges | | | | | | |
| | | GAIL RUSSELL | Memo Amount:    (  1,250.00 )<br>Seller credits | | | | | | |
| | | MAZE COBURN | Memo Amount:    (  21,099.21 )<br>Proceeds of sale of Re to co-owner | | | | | | |
| | | CHICAGO TITLE & TRUST CO. | Memo Amount:    (  350.00 )<br>Survey costs | | | | | | |
| C 01/31/06 | 2 | Bank of America, N.A. | Interest Rate 0.600 | | 1.03 | | | | 32,447.45 |
| C 02/28/06 | 2 | Bank of America, N.A. | Interest Rate 1.000 | | 23.11 | | | | 32,470.56 |
| C 03/31/06 | 2 | Bank of America, N.A. | Interest Rate 1.000 | | 27.58 | | | | 32,498.14 |
| C 04/28/06 | 2 | Bank of America, N.A. | Interest Rate 1.000 | | 26.71 | | | | 32,524.85 |
| C 05/31/06 | 2 | Bank of America, N.A. | Interest Rate 1.000 | | 27.62 | | | | 32,552.47 |
| C 06/30/06 | 2 | Bank of America, N.A. | Interest Rate 1.000 | | 26.76 | | | | 32,579.23 |
| C 07/31/06 | 2 | Bank of America, N.A. | Interest Rate 1.000 | | 27.67 | | | | 32,606.90 |
| C 08/31/06 | 2 | Bank of America, N.A. | Interest Rate 1.000 | | 27.69 | | | | 32,634.59 |

Page: 2

**FORM 2**

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 05-41807 -ERW | | Trustee Name: | Joseph A. Baldi, Trustee |
| Case Name: | COBURN, ANTONETTE | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******0258  Interest earning MMA Account |
| Taxpayer ID No: | *******0248 | | | |
| For Period Ending: | 09/25/07 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| C 09/29/06 | 2 | Bank of America, N.A. | Interest Rate 1.000 | | 26.82 | | | | 32,661.41 |
| C 10/31/06 | 2 | Bank of America, N.A. | Interest Rate 1.000 | | 27.74 | | | | 32,689.15 |
| Ct 11/22/06 | | Transfer to Acct #*******0614 | Bank Funds Transfer | | | | | -2,730.00 | 29,959.15 |
| | | | Transfer to pay interim trustee fee per court order dated 11/21/06 | | | | | | |
| Ct 11/22/06 | | Transfer to Acct #*******0614 | Bank Funds Transfer | | | | | -4,867.00 | 25,092.15 |
| | | | Transfer funds to pay interim Attys fees and expenses awarded per court order dated 11/21/06 | | | | | | |
| C 11/30/06 | 2 | Bank of America, N.A. | Interest Rate 1.000 | | 24.99 | | | | 25,117.14 |
| C 12/29/06 | 2 | Bank of America, N.A. | Interest Rate 1.000 | | 21.33 | | | | 25,138.47 |
| C 01/31/07 | 2 | Bank of America, N.A. | Interest Rate 1.000 | | 21.36 | | | | 25,159.83 |
| Ct 02/20/07 | | Transfer to Acct #*******0614 | Bank Funds Transfer | | | | | -21.04 | 25,138.79 |
| C 02/28/07 | 2 | Bank of America, N.A. | Interest Rate 1.000 | | 19.30 | | | | 25,158.09 |
| C 03/30/07 | 2 | Bank of America, N.A. | Interest Rate 1.000 | | 21.36 | | | | 25,179.45 |
| C 04/30/07 | 2 | Bank of America, N.A. | Interest Rate 1.000 | | 20.70 | | | | 25,200.15 |
| C 05/31/07 | 2 | Bank of America, N.A. | Interest Rate 1.000 | | 21.40 | | | | 25,221.55 |
| C 06/29/07 | 2 | Bank of America, N.A. | Interest Rate 1.000 | | 20.73 | | | | 25,242.28 |
| C 07/31/07 | 2 | Bank of America, N.A. | Interest Rate 1.000 | | 21.44 | | | | 25,263.72 |
| C 08/31/07 | 2 | Bank of America, N.A. | Interest Rate 1.000 | | 21.46 | | | | 25,285.18 |
| Ct 09/10/07 | | Transfer to Acct #*******0614 | Bank Funds Transfer | | | | | -467.00 | 24,818.18 |
| | | | Transfer to pay estate income taxes | | | | | | |

LFORM2XT

Ver: 12.60a

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page:    3

| Case No: | 05-41807 -ERW |
| Case Name: | COBURN, ANTONETTE |
| Taxpayer ID No: | *******0248 |
| For Period Ending: | 09/25/07 |

| Trustee Name: | Joseph A. Baldi, Trustee |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******0258  Interest earning MMA Account |

Blanket Bond (per case limit):  $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |

* Reversed
† Funds Transfer
C Bank Cleared

| | |
|---|---|
| Memo Allocation Receipts: | 270,000.00 |
| Memo Allocation Disbursements: | 237,553.58 |
| Memo Allocation Net: | 32,446.42 |

| Account  *******0258 | | | | | | |
|---|---|---|---|---|---|---|
| | | Balance Forward | 0.00 | | 0 Checks | 0.00 |
| | 1 | Deposits | 32,446.42 | | 0 Adjustments Out | 0.00 |
| | 20 | Interest Postings | 456.80 | | 4 Transfers Out | 8,085.04 |
| | | Subtotal | $ 32,903.22 | | | |
| | | | | | Total | $ 8,085.04 |
| | 0 | Adjustments In | 0.00 | | | |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $ 32,903.22 | | | |

LFORM2XT

Ver: 12.60a

FORM 2
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 05-41807 -ERW |
| Case Name: | COBURN, ANTONETTE |
| Taxpayer ID No: | *******0248 |
| For Period Ending: | 09/25/07 |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi, Trustee |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | ******0614 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | 5 Deposits ($) | 6 Interest ($) | 7 Checks ($) | 8 Adjustments ($) | 9 Transfers ($) | 10 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | | | 0.00 |
| C! 11/22/06 | | Transfer from Acct #******0258 | Bank Funds Transfer Transfer to pay interim trustee fee per court order dated 11/21/06 | | | | | 2,730.00 | 2,730.00 |
| C! 11/22/06 | | Transfer from Acct #******0258 | Bank Funds Transfer Transfer funds to pay interim Attys fees and expenses awarded per court order dated 11/21/06 | | | | | 4,867.00 | 7,597.00 |
| C 11/22/06 | 001001 | JOSEPH A. BALDI , as Trustee Joseph A. Baldi & Associates 19 S. LaSalle Street Suite 1500 Chicago, Illinois 60603 | Interim Trustee Compensation Per Court Order 11/21/06 | | | 2,730.00 | | | 4,867.00 |
| C 11/22/06 | 001002 | JOSEPH A. BALDI & ASSOCIATES, P.C. 19 South LaSalle Street Suite 1500 Chicago, IL 60603 | Interim Compensation TR Attys Fees Per Court order dated 11/21/06 | | | 4,837.00 | | | 30.00 |
| C 11/22/06 | 001003 | JOSEPH A BALDI & ASSOCIATES, P.C. 19 South LaSalle Street Suite 1500 Chicago, Il 60603 | Interim Expenses Allowed TR Atty Per Court order dated 11/21/06 | | | 30.00 | | | 0.00 |
| C! 02/20/07 | | Transfer from Acct #******0258 | Bank Funds Transfer | | | | | 21.04 | 21.04 |
| C 02/20/07 | 001004 | International Sureties, Ltd. Suite 500 203 Carondelet Street New Orleans LA 70130 | | | | 21.04 | | | 0.00 |
| C! 09/10/07 | | Transfer from Acct #******0258 | Bank Funds Transfer Transfer to pay estate income taxes | | | | | 467.00 | 467.00 |
| 09/10/07 | 001005 | UNITED STATES TREASURY Internal Revenue Service Cincinnati, OH 45999-0148 | 2006 Form 1041 75-6770248 | | | 150.00 | | | 317.00 |
| 09/10/07 | 001006 | ILLINOIS DEPT. OF REVENUE P.O. BOX 19009 SPRINGFIELD, IL 62794-9009 | ACCOUNTING FEES 75-6770248 | | | 317.00 | | | 0.00 |

LFORM2XT

Ver: 12.60a

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 05-41807 -ERW | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | COBURN, ANTONETTE | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******0614 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0248 | | |
| For Period Ending: | 09/25/07 | Blanket Bond (per case limit): $ 5,000,000.00 | |
| | | Separate Bond (if applicable): | |

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | 5 Deposits ($) | 6 Interest ($) | 7 Checks ($) | 8 Adjustments ($) | 9 Transfers ($) | 10 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|---|---|

^ Reversed
t Funds Transfer
C Bank Cleared

Memo Allocation Receipts: 0.00
Memo Allocation Disbursements: 0.00

Memo Allocation Net: 0.00

| Account *******0614 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|
| | 0 Deposits | 0.00 | 6 Checks | 8,085.04 |
| | 0 Interest Postings | 0.00 | 0 Adjustments Out | 0.00 |
| | | | 0 Transfers Out | 0.00 |
| | Subtotal | $ 0.00 | | |
| | 0 Adjustments In | 0.00 | Total | $ 8,085.04 |
| | 4 Transfers In | 8,085.04 | | |
| | Total | $ 8,085.04 | | |

Total Allocation Receipts: 270,000.00
Total Allocation Disbursements: 237,553.58

Total Memo Allocation Net: 32,446.42

| Report Totals | Balance Forward | 0.00 | | |
|---|---|---|---|---|
| | 1 Deposits | 32,446.42 | 6 Checks | 8,085.04 |
| | 20 Interest Postings | 456.80 | 0 Adjustments Out | 0.00 |
| | | | 4 Transfers Out | 8,085.04 |
| | Subtotal | $ 32,903.22 | | |
| | 0 Adjustments In | 0.00 | Total | $ 16,170.08 |
| | 4 Transfers In | 8,085.04 | | |
| | Total | $ 40,988.26 | Net Total Balance | $ 24,818.18 |

LFORM2XT

Ver: 12.60a

**Proposed Distribution Report**

**Exhibit D**

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Antonette Coburn, | ) | Case No. 05-41807 |
| | ) | |
| Debtor. | ) | Hon. Eugene R. Wedoff |

### Proposed Distribution Report

I, Joseph A. Baldi, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

**SUMMARY OF DISTRIBUTION:**

| | |
|---|---|
| Chapter 7 Administrative Expenses: | $9,020.00 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Secured Claims | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $15,798.18 |
| Interest (726(a)(5)): | $0.00 |
| Surplus to Debtor (726(a)(6)): | $0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $24,818.18 |

**EXHIBIT D**

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 7 Administrative Expenses and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $16,617.00 | 100.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | Joseph A. Baldi, Trustee *Trustee Compensation* | $7,858.00 | $5,128.00 |
| | Popowcer Katten, Ltd *Accountant for Trustee Fees (Other Firm)* | $1,024.00 | $1,024.00 |
| | Joseph A. Baldi & Associates, P.C. *Attorney for Trustee Fees (Trustee Firm)* | $7,705.00 | $2,868.00 |
| | Joseph A. Baldi & Associates, P.C. *Attorney for Trustee Expenses (Trustee Firm)* | $30.00 | $0.00 |
| | **CLASS TOTALS** | **$16,617.00** | **$9,020.00** |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 11 administrative expenses | $ 0.00 | 0.00 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | 0.00 |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,925.00 | $ 0.00 | 0.00 |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Contributions Employee Benefit Plans | $ 0.00 | 0.00 |

**EXHIBIT D**

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Farmers' and Fishermans' claims to the extent of $4,925. | $ 0.00 | 0.00 |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) – Deposits of consumers to the extent of $2,225 | $ 0.00 | 0.00 |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) - Alimony, Maintenance and Support | $ 0.00 | 0.00 |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §724(b) - Secured Tax Lien Claims | $ 0.00 | 0.00 |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Unsecured Tax Claims excluding fines and penalties | $ 0.00 | 0.00 |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) - Capital Commitments to Federal Depository Institutions | $ 0.00 | 0.00 |

EXHIBIT D

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Unsecured Claims To be paid *pro rata* after costs of administration and priority claims are paid in full | $ 141,587.83 | 11.16% |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 000001 | Fifth Third Bank *General Unsecured 726* | $25,966.62 | $2,897.32 |
| 000002 | Chase Bank USA, N.A. *General Unsecured 726* | $27,317.76 | $3,048.08 |
| 000003 | Discover Bank/Discover Financial *General Unsecured 726* | $15,325.02 | $1,709.95 |
| 000004 | E-Cast Settlement Corp, Assignee *General Unsecured 726* | $24,145.08 | $2,694.08 |
| 000005 | American Express Bank, FSB *General Unsecured 726* | $5,883.91 | $656.51 |
| 000006 | American Express Bank, FSB *General Unsecured 726* | $137.57 | $15.35 |
| 000007 | American Express Centurion Bank *General Unsecured 726* | $9,981.27 | $1,113.70 |
| 000008 | Citibank(South Dakota) N A *General Unsecured 726* | $22,855.47 | $2,550.18 |
| 000009 | Recovery Management Systems Corp *General Unsecured 726* | $9,975.13 | $1,113.01 |
| | **CLASS TOTALS** | **$141,587.83** | **$15,798.18** |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) - Tardily filed unsecured claims | $ 0.00 | 0.00 |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(4) - Fines/penalties | $ 0.00 | 0.00 |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) - Interest | $ 0.00 | 0.00 |

EXHIBIT D

| **16. TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND %** |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $ 0.00 | 0.00 |

| **17. TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND %** |
|---|---|---|
| §506 - Secured Claims | $ 0.00 | 0.00 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| **TYPE OF CLAIM** | **CLAIM NUMBER** | **CREDITOR AND ADDRESS** | **AMOUNT OF CLAIM** | **DISALLOWED/ WITHDRAWN (DESIGNATE)** |
|---|---|---|---|---|

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: September 26, 2007                    _____ /s/ Joseph Baldi

**EXHIBIT D**