UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Antonette Coburn, | ) | Case No. 05-41807 |
| | ) | |
| Debtor. | ) | Hon. Eugene R. Wedoff |

**Trustee's First and Final Application for Allowance and Payment of
Compensation of Popowcer Katten, Ltd., Accountants for Trustee**

Joseph A. Baldi, as trustee ("Trustee") of the estate ("Estate") Antonette Coburn, debtor ("Debtor"), pursuant to section 330 of title 11, United States Code ("Code"), requests this Court to enter an order for the allowance and payment to Popowcer Katten, Ltd. ("Popowcer") of $1,024.00 as compensation for professional services rendered to the Trustee from August 7, 2007 through the close of this case. In support thereof, Trustee respectfully states as follows:

**Introduction**

1. This case was commenced on September 29, 2005 by the filing of a voluntary petition under chapter 7 of the Code.

2. Joseph A. Baldi is the duly appointed, qualified and acting chapter 7 trustee in this case.

3. The bar date for filing claims in this case was March 8, 2006.

**Retention of Popowcer**

4. On August 7, 2007, this Court authorized the Trustee to employ Popowcer as his accountants in this case. A copy of the retention order is attached hereto as Exhibit A.

## Prior Compensation Received

5. This is the first and final application for compensation that Popowcer will file in this case.

## Services Rendered by Popowcer

6. <u>Preparation of Estate Tax Returns</u>: The services rendered by Popowcer have been in connection with the preparation of the Estate's tax returns. In connection with the tax returns filed with the Internal Revenue Service and the Illinois Department of Revenue, Popowcer prepared working papers and prepared all returns and supporting schedules.

In connection with the foregoing services, Popowcer performed 5.10 hours of service and requests allowance and payment of final compensation in the amount of $1,024.00. An itemized description of the services rendered to Trustee by Popowcer is set forth on the invoice attached hereto as Exhibit B.

7. All of the services performed by Popowcer were required for proper representation of the Trustee in this case, were authorized by this Court and were performed by Popowcer at the request and direction of the Trustee.

## Payment of Compensation

8. Popowcer has not entered into any agreement or understanding of any kind, express or implied, with any other entity to share any compensation received or to be received by Popowcer for services rendered to the Trustee in connection with this case.

9. Popowcer has not previously received payment of any compensation for services rendered in connection with this case. An affidavit prepared pursuant to Rule 2016 of the Federal Rules of Bankruptcy Procedure and executed by Lois West, a certified public accountant and a manager in the Corporate Recovery Services Department of Popowcer, is attached hereto as Exhibit C.

2

10.  The proposed source for payment of the compensation requested in this Application are the Estate funds in the Trustee's possession, collected by him during his administration of this case.

### Status of the Case

11.  The Trustee has administered all of the assets belonging to this Estate and has completed his review and analysis of the claims filed against the Estate.

12.  Trustee has filed his Final Report simultaneously herewith. Final fee applications for the Trustee and Trustee's attorneys have also been filed concurrently with this Application.

### Financial Condition of the Case

13.  Trustee currently has approximately $24,796.72 on deposit in the Estate's bank accounts. The chapter 7 administrative expenses that are currently owing and those the Trustee anticipates the Estate will incur prior to the closing of this case include 1) the fees allowed to Trustee in connection with his final fee application, 2) the legal fees and expenses allowed to Joseph A. Baldi & Associates in connection with its final fee application, 3) the fees allowed to Popowcer in connection with this final fee application, and 4) any fees which may be due or outstanding to the offices of the United States Trustee and the Clerk of the United States Bankruptcy Court.

14.  Following payment of all Chapter 7 administrative expenses set forth above, Trustee estimates there will be sufficient funds available to make a distribution to general unsecured creditors.

WHEREFORE, Joseph A. Baldi, as trustee of the Estate of Antonette Coburn, Debtor, requests the entry of an order providing the following:

      A.    Allowing to Popowcer final compensation in the amount of $1,024.00 for actual and necessary professional services rendered to the Trustee from August 7, 2007 through the close of this case;

      B.    For such other and further relief as this Court deems appropriate.

Dated: September 26, 2007

                                  Joseph A. Baldi, as trustee of the estate of Antonette Coburn, Debtor

                                  By: _____/s/_____
                                         Joseph A. Baldi

Joseph A. Baldi
Attorney I.D. No. 00100145
Elizabeth C. Berg
Attorney I.D. No. 6200886
19 S. LaSalle Street, Suite 1500
Chicago, IL 60603
312.726.8150

4

Case 05-41807 Doc 47 Filed 10/10/07 Entered 10/10/07 11:37:25 Desc Main
Document Page 5 of 12

Popowcer Katten
Final Fee Application

Antonette Coburn, Debtor
Case No. 05-41807

Retention Order

Exhibit A

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 05-41807 |
| Antonette Coburn, | ) | Hon. Eugene R. Wedoff |
| | ) | Hearing Date: August 7, 2007 |
| Debtor. | ) | Time: 9:30 a.m. |

### Order Authorizing Trustee to Employ Accountants

THIS MATTER coming on to be heard upon the Trustee's Application to Employ Accountants and the affidavit of Lois West in support thereof; due notice having been given; and the Court being fully advised in the premises:

IT IS HEREBY ORDERED that Joseph A. Baldi, as trustee of the estate of Antonette Coburn, debtor, is authorized to employ Lois West and the accounting firm of Popowcer Katten, Ltd. as accountants for the Trustee, with compensation to be paid in such amounts as may be allowed by this Court upon proper application therefore.

Dated: August 7, 2007           ENTER:

                                _____
                                Honorable Eugene R. Wedoff
                                United States Bankruptcy Judge

Joseph A. Baldi
Attorney ID No. 00100145
Elizabeth C. Berg
Attorney ID No. 6200886
Joseph A. Baldi & Associates, P.C.
19 South LaSalle Street   Suite 1500
Chicago, IL 60603
(312) 726-8150

Billing Statements

Exhibit B

**Invoice No.** 21948



**POPOWCER KATTEN, LTD.**
CERTIFIED PUBLIC ACCOUNTANTS

35 EAST WACKER DRIVE
SUITE 1550
CHICAGO, ILLINOIS 60601-2207
PHONE: 312/201-6450
FAX: 312/201-1286

- Estate of Antonette Coburn  (05 B 41807)
- c/o Joseph A. Baldi, Trustee
- Joseph A. Baldi & Associates
- 19 S. LaSalle Street, Suite 1500
- Chicago, IL 60603

**Date:** September 7, 2007    **Account No.:** BAL45057L

For Professional Services Rendered:

For accounting and tax services rendered for the period September 5, 2007 through September 6, 2007 including preparation of federal and state fiduciary income tax returns for the final year ended December 31, 2006 including preparation of letters to the Internal Revenue Service and the Illinois Department of Revenue in accordance with code section 505(b).

The following personnel performed the professional services indicated on the attached detailed billing run on behalf of the estate:

|            | Title                 | Hours | Rate    | Amount     |
|------------|-----------------------|-------|---------|------------|
| B. Glusak  | Tax Manager           | .8    | $205.   | $ 164.00   |
| L. West    | Bankruptcy Specialist | 4.3   | 200.    | 860.00     |
|            | Total due:            | 5.1   |         | $1,024.00  |

## ESTATE OF ANTONETTE COBURN  (05 B 41807)
### Time Sort by Date

| Date | Description | Hours | Name |
|---|---|---|---|
| 9/5/2007 | Tax Return Preparation - Review documents received from trustee re: closing statement for property sold and cost basis information. Calculate gain on sale of property. Prepare workpapers and federal and state fiduciary returns for year ended 12/31/06. Prepare 505(b) letters, transmittal letters and forms 8821 & IL-2848. Make manual changes as required. | 4.0 | L. West |
| 9/6/2007 | Tax Review - Review workpapers and forms 1041/1040 and IL-1041/IL-1040 for 2006. | 0.5 | B. Glusak |
| 9/6/2007 | Tax Review - Review collated returns prior to signature. | 0.3 | B. Glusak |
| 9/6/2007 | Tax Review - Final review and sign fiduciary returns for 2006 (final year). | 0.3 | L. West |

**Total hours    5.1**

1

**Rule 2016 Affidavit**

**Exhibit C**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: ANTONETTE COBURN | ) | CHAPTER 7 |
| | ) | |
| | ) | CASE NO. 05 B 41807 |
| DEBTOR | ) | |
| | ) | HON. EUGENE R. WEDOFF |

AFFIDAVIT OF LOIS WEST

STATE OF ILLINOIS )
                  )
COUNTY OF COOK )

I, Lois West, being first duly sworn on oath, depose and state:

1. I am a certified public accountant licensed by the State of Illinois, and a principal in the Corporate Recovery Services department at the accounting firm of Popowcer Katten, Ltd. ("PK") located at 35 East Wacker Drive, Suite 1550, Chicago, Illinois 60601-2207. This affidavit is offered in support of the Trustee's Application to Employ Accountants. The matters set forth herein are true and correct to the best of my knowledge and belief.

2. To the best of my knowledge, neither I, Popowcer Katten, Ltd., nor any employee or partner of Popowcer Katten, Ltd., hold or represent an interest adverse to the debtor or its estate within the meaning of Section 327(a) of the Bankruptcy Code.

3. To the best of my knowledge, I, Popowcer Katten, Ltd., and all of its employees are disinterested as that term is defined in Section 101(14) of the Bankruptcy Code and used in Section 327(a).

4. To the best of my knowledge, neither I, Popowcer Katten, Ltd., nor any of its employees or owners have any connections with the debtor, its creditors, the Trustee, the United States Trustee, any person employed in the office of the United States Trustee, or any other party in interest or their respective attorneys and accountants, within the meaning of Fed. R. Bankr. P. 2014(a), other than those set forth below:

    a. PK and I have provided accounting and tax services in the past for Mr. Joseph A. Baldi in connection with other Chapter 7 cases for which Mr. Baldi has been appointed as Trustee.

*Lois West*
Lois West

Subscribed and Sworn To
before me this 30th day
of July, 2007.

*Judith A. Hughes*
Notary Public

OFFICIAL SEAL
**JUDITH A. HUGHES**
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 5-27-2008

## POPOWCER KATTEN, LTD.

### FEE SCHEDULE

| | |
|---|---|
| TAX PARTNERS | $250 - $275 |
| MANAGERS | $180 - $225 |
| SUPERVISORS | $160 - $180 |
| STAFF | $120 - $150 |
| PARAPROFESSIONALS | $ 80 - $120 |