## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 05 B 41807 |
| Antonette Coburn, | ) | Hon. Eugene R. Wedoff |
| | ) | |
| Debtor. | ) | |

### Order Granting Second and Final Application for Allowance and Payment of Compensation of Baldi & Associates, Attorneys for Trustee

This matter coming before the Court for hearing on the Second and Final Application for Allowance and Payment of Compensation of Baldi & Associates, Attorneys for Trustee ("Application"), due notice having been given and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED THAT:**

1. Baldi & Associates is allowed final compensation in the amount of $2,868.00 for actual and necessary professional services rendered to the Trustee from October 26, 2006 the close of this case;

2. Trustee is authorized to pay to Baldi & Associates the amount allowed in paragraph one after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court; and

3. All amounts previously awarded and paid to Baldi & Associates, as interim compensation and expense reimbursement, shall be deemed final.

Dated: _____    ENTER:

_____
Honorable Eugene R. Wedoff
United States Bankruptcy Judge

Joseph A. Baldi
Attorney I.D. No. 00100145
Joseph A. Baldi & Associates, Suite 1500
19 South LaSalle Street
Chicago, Illinois 60603
(312) 726-8150