UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re ) | Chapter 7 | |
| ) | | |
| Antonette Coburn, ) | Case No. 05-41807 | |
| ) | | |
| Debtor. ) | Hon. Eugene R. Wedoff | |

**Notice of Trustee's Final Report, Hearing on Applications
for Compensation, and Hearing on the Abandonment
of Property by the Trustee**

To the Debtor, Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

   At: U.S. Bankruptcy Court, 219 S. Dearborn, Courtroom 744, Chicago, Illinois

   On: **November 21, 2007**   Time: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

   | | |
   |---|---:|
   | Receipts | $270,456.80 |
   | Disbursements | $245,638.62 |
   | Net Cash Available for Distribution | $24,818.18 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

   | Applicant | Compensation/Expenses Previously Paid | Fees Now Requested | Expenses |
   |---|---:|---:|---:|
   | JOSEPH A. BALDI, TRUSTEE<br>*Trustee* | $2,730.00 | $5,128.00 | $0.00 |
   | POPOWCER KATTEN, LTD<br>*Accountant for Trustee (Other Firm)* | $0.00 | $1,024.00 | $0.00 |
   | JOSEPH A. BALDI & ASSOCIATES, P.C.<br>*Attorney for Trustee (Trustee Firm)* | $4,867.00 | $2,868.00 | $0.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:
   **NONE**

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $<u>0.00</u> must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%. Allowed priority claims are: **NONE**

7. Claims of general unsecured creditors totaling $141,587.83 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 11.16%.

Allowed general unsecured claims are as follows:

| Claim No. | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Fifth Third Bank | $25,966.62 | $2,897.32 |
| 000002 | Chase Bank UA, N.A. | $27,317.76 | $3,048.08 |
| 000003 | Discover Bank/Discover Financial | $15,325.02 | $1,709.95 |
| 000004 | E-Cast Settlement Corp., Assignee | $24,145.08 | $2,694.08 |
| 000005 | American Express Bank, FSNB | $5,883.91 | $656.51 |
| 000006 | American Express Bank, FSB | $137.57 | $15.35 |
| 000007 | American Express Centurion Bank | $9,981.27 | $1,113.70 |
| 000008 | Citibank(South Dakota) N A | $22,855.47 | $2,550.18 |
| 000009 | Recovery Management Systems Corp | $9,975.13 | $1,113.01 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| 7360 S. Campbell, Chicago, Illinois | $90,000.00 |
| 9219 S. Cottage Grove, Unit 2E, Chicago, Illinois | unknown |

Dated: **October 23, 2007**   For the Court,
  **KENNETH S. GARDNER**
By: _____
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn, 7th Floor
Chicago, Illinois  60604

Trustee:  Joseph A. Baldi
Address:  19 South LaSalle Street, Suite 1500
          Chicago, IL  60603
Phone: :  (312) 726-8150

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

05-41807   Doc 53   Filed 10/23/07   Entered 10/26/07 00:03:50   Desc Imaged
Certificate of Service   Page 3 of 4

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: amcc7                Page 1 of 2        Date Rcvd: Oct 23, 2007
Case: 05-41807                Form ID: pdf002            Total Served: 38


The following entities were served by first class mail on Oct 25, 2007.
db           +Antonette Coburn,    7350 S Campbell,   Chicago, IL 60629-1411
aty          +Ernesto D Borges,    Law Offices of Ernesto Borges,    105 W Madison Street,    23rd Floor,
               Chicago, IL 60602-4818
aty          +Joseph A Baldi,    Joseph Baldi & Associates,    19 S Lasalle Street Suite 1500,
               Chicago, IL 60603-1413
tr           +Joseph A Baldi,, Tr,    Joseph Baldi & Associates,    19 S Lasalle Street Suite 1500,
               Chicago, IL 60603-1413
9928041       ABN AMRO Mortgage Group,    2600 West Big Beaver Rd,    Troy, MI 48084-3318
10589459      American Express Bank, FSB,    c/o Becket and Lee, LLP,    P.O. Box 3001,    Malvern, PA 19355-0701
9928042      +American Express Centurion Bank,    PO Box 3001,   Malvern, PA 19355-0701
10593227      American Express Centurion Bank,    c/o Becket and Lee, LLP,    P.O. Box 3001,
               Malvern, PA 19355-0701
9928044      +BP/ Citi,   P.O. Box 15687,    Wilmington, DE 19850-5687
9928043      +Beneficial,    2700 Sanders Road,    Prospect Heights, IL 60070-2701
9928045      +Capital One*,    P.O. Box 85520,    Richmond, VA 23285-5520
9928047      +Chase,    900 Stewart Ave.,   Garden City, NY 11530-4891
9928046      +Chase,    800 Brooksedge Blvd.,    Westerville, OH 43081-2822
9928048      +Chase / Bank One,    800 Brooksedge Blvd.,    Westerville, OH 43081-2822
10549874     +Chase Bank USA, N.A.,    c/o Weinstein & Riley, P.S.,    2101 4th Avenue, Suite 900,
               Seattle, WA 98121-2339
9928049      +Citi,   PO Box 6241,    Sioux Falls, SD 57117-6241
10617321     +Citibank(South Dakota) N A,    Citibank/CHOICE,    Exception Payment Processing,    PO Box 6305,
               The Lakes, NY 88901-6305
9928050      +Citifinancial Retail Services,    P.O. Box 22066,    Tempe, AZ 85285-2066
9928051       Citifinancial Services, Inc.,    9528 S. Cicero Ave,    Oak Lawn, IL 60453-3101
9928052      +Dell Financial SV,    12234 N. IH 35 SB BLD,    Austin, TX 78753-1724
9928054       Draper and Kramer,    Residential Servicing,    33 W. Monroe, Auite 1900,    Chicago, IL 60603
9928055     ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
               GRAND RAPIDS MI 49546-6253
             (address filed with court: Fifth Third Bank,    Fifth Third Center,    Cincinnati, OH 45263)
10545108     +Fifth Third Bank,    1850 E Paris Ave SE,    MD#ROPS05/Bankruptcy,    Grand Rapids MI 49546-6253
9928056      +GEMB / Home Depot,    P.O. Box 984100,    El Paso, TX 79998-4100
9928057      +HSBC/NV,    1441 Schilling Place,    Salinas, CA 93901-4543
9928058      +Illinois Collection Service, Inc.,    P.O. Box 646,    Oak Lawn, IL 60454-0646
9928059      +Lew Magram,    1000 Mac Arthur,    Mahwah, NJ 07430-2035
9928060       Little Compnay of Mary Hospital,    Dept 77-97677,    Chicago, IL 60678-7677
10555646     +Midland Mortgage Company,    PO Box 26648,    Oklahoma City, OK 73126-0648
9928061      +Northern Trust Company,    50 South LaSalle,    Chicago, IL 60675-0001
9928062      +Northwestern Medical Facility,    PO Box 75494,    Chicago, IL 60675-5494
10627641     +Recovery Management Systems Corporation,    For GE Money Bank,    dba HOME DEPOT HIL,
               25 S.E. 2nd Avenue, Suite 1120,    Miami, Fl 33131-1605
9928063      +SBC ILLINOIS,    BILL PAYMENT CENTER,    Chicago, IL 60663-0001
9928064      +Spiegel,    101 Crossway Park,    Woodbury, NY 11797-2020
9928065       Wickes Furniture,    PO Box 17602,    Baltimore, MD 21297-1602
10589458      eCAST Settlement Corporation, assignee of,    HSBC Bank Nevada NA / HSBC Card,    Services III,
               P.O. Box 35480,    Newark, NJ 07193-5480

The following entities were served by electronic transmission on Oct 24, 2007.
9928053       E-mail/PDF: mrdiscen@discoverfinancial.com Oct 24 2007 04:01:55      Discover,    P.O. Box 15316,
               Wilmington, DE 19850
10557240      E-mail/PDF: mrdiscen@discoverfinancial.com Oct 24 2007 04:01:55
               Discover Bank/Discover Financial Services,    PO Box 8003,    Hilliard, OH 43026
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10593143*     American Express Bank, FSB,    c/o Becket and Lee, LLP,    P.O. Box 3001,    Malvern, PA 19355-0701
                                                                                              TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1          User: amcc7            Page 2 of 2              Date Rcvd: Oct 23, 2007
Case: 05-41807                Form ID: pdf002        Total Served: 38
```

***** BYPASSED RECIPIENTS (continued) *****

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Oct 25, 2007**               **Signature:** _Joseph Speetjens_