UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Antonette Coburn, | ) | Hon. Eugene R. Wedoff |
| | ) | |
| Debtor. | ) | Case No. 05-41807 |

**Trustee's Final Account
and
Application to Close Case and Discharge Trustee**

To:  The Honorable Eugene R. Wedoff
United States Bankruptcy Judge

    Final distribution of all monies has been made in accordance with the Orders Awarding Compensation and Expenses and the Trustee's Distribution Report, copies of which are attached hereto as Exhibit A and Exhibit B, respectively.

    All checks have been cashed. Evidence of all cancelled checks since the filing of the Trustee's Final Report is set forth on the Form 2 Report attached hereto as Exhibit C. Form 2 also reflects a net total balance of zero for this estate.

    The Trustee certifies that the estate has been fully administered and requests that he be discharged and that the case be closed pursuant to 11 U.S.C. §350.

Dated: February 8, 2008

                                                            /s/
                                         Joseph A. Baldi, Trustee

# Exhibit A

# Compensation Orders

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 05 B 41807 |
| Antonette Coburn, | ) | Hon. Eugene R. Wedoff |
| | ) | Hearing Date: November 21, 2006 |
| Debtor. | ) | Time: 9:30 a.m. |

### Order Allowing and Authorizing Payment of
### Interim Compensation and Reimbursement of Expenses to
### Joseph A. Baldi, as Trustee

This matter coming before the Court for hearing on the First Application for Allowance and Payment of Interim Compensation and Reimbursement of Expenses of Joseph A. Baldi, as Trustee ("Application"), due notice having been given and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED that:**

1. Joseph A. Baldi is allowed interim compensation in the amount of $2,730.00 for actual and necessary professional services rendered as trustee from the date of his appointment through October 26, 2006; and

2. Joseph A. Baldi is authorized to pay to himself the amounts allowed in paragraphs one hereof, immediately from Estate funds in his possession.

Dated: November 21, 2006

ENTER:

_____
Honorable Eugene R. Wedoff
United States Bankruptcy Judge

Joseph A. Baldi
Attorney I.D. No. 00100145
19 South LaSalle St., Suite 1500
Chicago, Illinois 60603

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 05 B 41807 |
| Antonette Coburn, | ) | Hon. Eugene R. Wedoff |
| | ) | Hearing Date: November 21, 2006 |
| Debtor. | ) | Time: 9:30 a.m. |

**Order Granting First Application for Allowance and Payment of Interim
Compensation and Reimbursement of Expenses of Baldi & Associates,
Attorneys for Trustee**

This matter coming before the Court for hearing on the First Application for Allowance and Payment of Interim Compensation and Reimbursement of Expenses of Baldi & Associates, Attorneys for Trustee ("Application"), due notice having been given and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED THAT:**

1. Baldi & Associates is allowed interim compensation in the amount of $4,837.00 for actual and necessary professional services rendered to the Trustee from November 28, 2005 through October 26, 2006;

2. Baldi & Associates is allowed reimbursement of expenses in the amount of $30.00 for actual necessary expenses incurred in connection with such services; and

3. Trustee is authorized to pay to Baldi & Associates the amount allowed in paragraph one and two hereof immediately.

Dated: November 21, 2006

ENTER:

Honorable Eugene R. Wedoff
United States Bankruptcy Judge

Joseph A. Baldi
Attorney I.D. No. 00100145
Joseph A. Baldi & Associates
Suite 1500
19 South LaSalle Street
Chicago, Illinois 60603
(312) 726-8150

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Antonette Coburn, | ) | Case No. 05-41807 |
| | ) | |
| Debtor. | ) | Hon. Eugene R. Wedoff |

### Order Awarding Compensation to Trustee's Accountant

THIS MATTER BEING HEARD on the Trustee's First and Final Application for Compensation of Trustee's Accountants, notice having been given, and the Court being duly advised:

IT IS HEREBY ORDERED that Popowcer Katten, Ltd. is allowed compensation as follows:

1. Compensation     $1,024.00

      TOTAL     $1,024.00

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowance listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this 27th day of November 2007.

ENTERED: _____
UNITED STATES BANKRUPTCY JUDGE

# Exhibit B

# Distribution Report

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Antonette Coburn, | ) | Case No. 05-41807 |
| | ) | |
| Debtor. | ) | Hon. Eugene R. Wedoff |

### Trustee's Final Distribution Report

I, Joseph A. Baldi, Trustee, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

**SUMMARY OF DISTRIBUTION:**

| | |
|---|---|
| Chapter 7 Administrative Expenses: | $9,020.00 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Secured Claims | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $15,841.85 |
| Interest (726(a)(5)): | $0.00 |
| Surplus to Debtor (726(a)(6)): | $0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $24,861.85 |

## REPORT OF DISTRIBUTION - CONT'D

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 7 Administrative Expenses and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $16,617.00 | 100.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | Joseph A. Baldi, Trustee<br>*Trustee Compensation* | $7,858.00 | $5,128.00 |
| | Joseph A. Baldi & Associates, P.C.<br>*Attorney for Trustee Fees* | $7,705.00 | $2,868.00 |
| | Joseph A. Baldi & Associates, P.C.<br>*Attorney for Trustee Expenses* | $30.00 | $0.00 |
| | Popowcer Katten, Ltd<br>*Accountant for Trustee Fees* | $1,024.00 | $1,024.00 |
| | **CLASS TOTALS** | **$16,617.00** | **$9,020.00** |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 11 administrative expenses | $ 0.00 | 0.00 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(2) - Gap claims cases and allowed pursuant to §502(f) | $ 0.00 | 0.00 |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,925.00 | $ 0.00 | 0.00 |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) – Contributions Employee Benefit Plans | $ 0.00 | 0.00 |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Farmers' and Fishermans' claims to the extent of $4,925. | $ 0.00 | 0.00 |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) – Deposits of consumers to the extent of $2,225 | $ 0.00 | 0.00 |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) - Alimony, Maintenance and Support | $ 0.00 | 0.00 |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §724(b) - Secured Tax Lien Claims | $ 0.00 | 0.00 |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Unsecured Tax Claims excluding fines and penalties | $ 0.00 | 0.00 |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) – Capital Commitments to Federal Depository Institutions | $ 0.00 | 0.00 |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Unsecured Claims To be paid prorata after costs of administration and priority claims are paid in full | $ 141,587.83 | 11.19% |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 000001 | Fifth Third Bank<br>*General Unsecured 726* | $25,966.62 | $2,905.33 |
| 000002 | Chase Bank Usa, N.A.<br>*General Unsecured 726* | $27,317.76 | $3,056.50 |
| 000003 | Discover Bank/Discover Financial<br>*General Unsecured 726* | $15,325.02 | $1,714.67 |
| 000004 | Ecast Settlement Corp, Assignee<br>*General Unsecured 726* | $24,145.08 | $2,701.52 |
| 000005 | American Express Bank, FSB<br>*General Unsecured 726* | $5,883.91 | $658.34 |
| 000006 | American Express Bank, FSB<br>*General Unsecured 726* | $137.57 | $15.39 |
| 000007 | American Express Centurion Bank<br>*General Unsecured 726* | $9,981.27 | $1,116.78 |
| 000008 | Citibank(South Dakota) N A<br>*General Unsecured 726* | $22,855.47 | $2,557.23 |
| 000009 | Recovery Management Systems Corp<br>*General Unsecured 726* | $9,975.13 | $1,116.09 |
| | **CLASS TOTALS** | **$141,587.83** | **$15,841.85** |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) - Tardily filed unsecured claims | $ 0.00 | 0.00 |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(4) - Fines/penalties | $ 0.00 | 0.00 |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) - Interest | $ 0.00 | 0.00 |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) – Surplus to Debtor | $ 0.00 | 0.00 |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §506 - Secured Claims | $ 0.00 | 0.00 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| | | | | |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED:  November 28, 2007

/s/
Joseph A. Baldi, trustee

# Exhibit C

# Form 2
# Estate Cash Receipts and Disbursements Record

**FORM 2**  
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

| Case No: | 05-41807 -ERW | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | COBURN, ANTONETTE | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******0258 Interest earning MMA Account |
| Taxpayer ID No: | *******0248 | | |
| For Period Ending: | 12/31/07 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C 01/23/06 | | CHICAGO TITLE & TRUST CO. 8659 WEST 95TH STREET HICKORY HILLS, IL 60457 | SALE PROCEEDS: REAL PROP | 1110-000 | 32,446.42 | | 32,446.42 |
| 01/23/06 | 1 | Asset Sales Memo: | Real Property $270,000.00 | | | | 32,446.42 |
| | | CHICAGO TITLE & TRUST CO. | Memo Amount:   270,000.00 SALE PROCEEDS: REAL PROP | 1110-000 | | | |
| | | JAROS, TITLE & O'TOOLE | Memo Amount:   ( 193,763.22 ) payoff first mortgage | 4110-000 | | | |
| | | CENTURY 21 DABBS | Memo Amount:   ( 10,975.00 ) Broker's commission | 3510-000 | | | |
| | | GAIL RUSSELL | Memo Amount:   ( 2,348.55 ) Real Estate Tax credits | 2820-000 | | | |
| | | ILLINOIS DEPARTMENT OF PUBLIC AID | Memo Amount:   ( 5,573.60 ) Child Support lien | 4800-000 | | | |
| | | CHICAGO TITLE & TRUST CO. | Memo Amount:   ( 2,194.00 ) Title company charges | 2500-000 | | | |
| | | GAIL RUSSELL | Memo Amount:   ( 1,250.00 ) Seller credits | 2500-000 | | | |
| | | MAZE COBURN | Memo Amount:   ( 21,099.21 ) Proceeds of sale of RE to co-owner | 8500-000 | | | |
| | | CHICAGO TITLE & TRUST CO. | Memo Amount:   ( 350.00 ) Survey costs | 2500-000 | | | |
| C 01/31/06 | 2 | Bank of America, N.A. | Interest Rate 0.600 | 1270-000 | 1.03 | | 32,447.45 |
| C 02/28/06 | 2 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 23.11 | | 32,470.56 |
| C 03/31/06 | 2 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 27.58 | | 32,498.14 |
| C 04/28/06 | 2 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 26.71 | | 32,524.85 |
| C 05/31/06 | 2 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 27.62 | | 32,552.47 |
| C 06/30/06 | 2 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 26.76 | | 32,579.23 |
| C 07/31/06 | 2 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 27.67 | | 32,606.90 |
| C 08/31/06 | 2 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 27.69 | | 32,634.59 |

LFORM2T4

Ver: 12.61a

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

| Case No: | 05-41807 -ERW | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | COBURN, ANTONETTE | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******0258 Interest earning MMA Account |
| Taxpayer ID No: | *******0248 | | |
| For Period Ending: | 12/31/07 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C 09/29/06 | 2 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 26.82 | | 32,661.41 |
| C 10/31/06 | 2 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 27.74 | | 32,689.15 |
| C t 11/22/06 | | Transfer to Acct #*******0614 | Bank Funds Transfer | 9999-000 | | 2,730.00 | 29,959.15 |
| | | | Transfer to pay interim trustee fee per court order dated 11/21/06 | | | | |
| C t 11/22/06 | | Transfer to Acct #*******0614 | Bank Funds Transfer | 9999-000 | | 4,867.00 | 25,092.15 |
| | | | Transfer funds to pay interim Attys fees and expenses awarded per court order dated 11/21/06 | | | | |
| C 11/30/06 | 2 | Bank of America, N A | Interest Rate 1.000 | 1270-000 | 24.99 | | 25,117.14 |
| C 12/29/06 | 2 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 21.33 | | 25,138.47 |
| C 01/31/07 | 2 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 21.36 | | 25,159.83 |
| C t 02/20/07 | | Transfer to Acct #*******0614 | Bank Funds Transfer | 9999-000 | | 21.04 | 25,138.79 |
| C 02/28/07 | 2 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 19.30 | | 25,158.09 |
| C 03/30/07 | 2 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 21.36 | | 25,179.45 |
| C 04/30/07 | 2 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 20.70 | | 25,200.15 |
| C 05/31/07 | 2 | Bank of America, N A | Interest Rate 1.000 | 1270-000 | 21.40 | | 25,221.55 |
| C 06/29/07 | 2 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 20.73 | | 25,242.28 |
| C 07/31/07 | 2 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 21.44 | | 25,263.72 |
| C 08/31/07 | 2 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 21.46 | | 25,285.18 |
| C t 09/10/07 | | Transfer to Acct #*******0614 | Bank Funds Transfer | 9999-000 | | 467.00 | 24,818.18 |
| | | | Transfer to pay estate income taxes | | | | |
| C 09/28/07 | 2 | Bank of America, N.A. | Interest Rate 0.750 | 1270-000 | 15.89 | | 24,834.07 |
| C 10/31/07 | 2 | Bank of America, N.A. | Interest Rate 0.750 | 1270-000 | 15.83 | | 24,849.90 |
| C 11/28/07 | 2 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 11.95 | | 24,861.85 |
| C t 11/28/07 | | Transfer to Acct #*******0614 | Final Posting Transfer | 9999-000 | | 24,861.85 | 0.00 |
| | | | Transfer estate funds for final distribution. | | | | |

LFORM2T4

Ver: 12.61a

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

| | |
|---|---|
| Case No: 05-41807 -ERW | Trustee Name: Joseph A. Baldi, Trustee |
| Case Name: COBURN, ANTONETTE | Bank Name: Bank of America, N.A. |
| | Account Number / CD #: ******0258 Interest earning MMA Account |
| Taxpayer ID No. ******0248 | |
| For Period Ending: 12/31/07 | Blanket Bond (per case limit): $ 5,000,000.00 |
| | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | Uniform Trans. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

\* Reversed
t Funds Transfer
C Bank Cleared

Memo Allocation Receipts: 270,000.00
Memo Allocation Disbursements: 237,553.58

Memo Allocation Net: 32,446.42

| Account ******0258 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|
| 2 | Deposits | 32,446.42 | 0 | Checks | 0.00 |
| 23 | Interest Postings | 500.47 | 0 | Adjustments Out | 0.00 |
| | Subtotal | $ 32,946.89 | 5 | Transfers Out | 32,946.89 |
| 0 | Adjustments In | 0.00 | | Total | $ 32,946.89 |
| 0 | Transfers In | 0.00 | | | |
| | Total | $ 32,946.89 | | | |

LFORM2T4

Ver: 12.61a

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4

| Case No: | 05-41807 -ERW | | | Trustee Name: | Joseph A. Baldi, Trustee |
| Case Name: | COBURN, ANTONETTE | | | Bank Name: | Bank of America, N.A. |
| | | | | Account Number / CD #: | *******0614 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0248 | | | | |
| For Period Ending: | 12/31/07 | | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C t  11/22/06 | | Transfer from Acct #*******0258 | Bank Funds Transfer<br>Transfer to pay interim trustee fee per court order dated 11/21/06 | 9999-000 | 2,730.00 | | 2,730.00 |
| C t  11/22/06 | | Transfer from Acct #*******0258 | Bank Funds Transfer<br>Transfer funds to pay interim Attys fees and expenses awarded per court order dated 11/21/06 | 9999-000 | 4,867.00 | | 7,597.00 |
| C   11/22/06 | 001001 | JOSEPH A. BALDI , as Trustee<br>Joseph A. Baldi & Associates<br>19 S. LaSalle Street<br>Suite 1500<br>Chicago, Illinois  60603 | Interim Trustee Compensation<br>Per Court Order 11/21/06 | 2100-000 | | 2,730.00 | 4,867.00 |
| C   11/22/06 | 001002 | JOSEPH A. BALDI & ASSOCIATES, P.C.<br>19 South LaSalle Street<br>Suite 1500<br>Chicago, IL  60603 | Interim Compensation TR Attys Fees<br>Per Court order dated 11/21/06 | 3110-000 | | 4,837.00 | 30.00 |
| C   11/22/06 | 001003 | JOSEPH A BALDI & ASSOCIATES, P.C.<br>19 South LaSalle Street<br>Suite 1500<br>Chicago, Il  60603 | Interim Expenses Allowed TR Atty<br>Per Court order dated 11/21/06 | 3120-000 | | 30.00 | 0.00 |
| C t  02/20/07 | | Transfer from Acct #*******0258 | Bank Funds Transfer | 9999-000 | 21.04 | | 21.04 |
| C   02/20/07 | 001004 | International Sureties, Ltd.<br>Suite 500<br>203 Carondelet Street<br>New Orleans LA  70130 | | 2300-000 | | 21.04 | 0.00 |
| C t  09/10/07 | | Transfer from Acct #*******0258 | Bank Funds Transfer<br>Transfer to pay estate income taxes | 9999-000 | 467.00 | | 467.00 |
| C   09/10/07 | 001005 | UNITED STATES TREASURY<br>Internal Revenue Service<br>Cincinnati, OH  45999-0148 | 2006 Form 1041<br>75-6770248 | 2810-000 | | 150.00 | 317.00 |
| C   09/10/07 | 001006 | ILLINOIS DEPT. OF REVENUE | ACCOUNTING FEES | 2820-000 | | 317.00 | 0.00 |

LFORM2T4

Ver: 12.61a

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 5

Case No: 05-41807 -ERW
Case Name: COBURN, ANTONETTE
Taxpayer ID No: *******0248
For Period Ending: 12/31/07

Trustee Name: Joseph A. Baldi, Trustee
Bank Name: Bank of America, N.A.
Account Number / CD #: *******0614 Checking Account (Non-Interest Earn
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | P.O. BOX 19009 SPRINGFIELD, IL 62794-9009 | 75-6770248 | | | | |
| C t 11/28/07 | | Transfer from Acct #*******0258 | Transfer In From MMA Account Transfer estate funds for final distribution. | 9999-000 | 24,861.85 | | 24,861.85 |
| C 12/03/07 | 001007 | JOSEPH A. BALDI, as Trustee Joseph A. Baldi & Associates 19 S. LaSalle Street Suite 1500 Chicago, Illinois 60603 | | 2100-000 | | 5,128.00 | 19,733.85 |
| C 12/03/07 | 001008 | JOSEPH A. BALDI & ASSOCIATES, P.C. 19 South LaSalle Street Suite 1500 Chicago, IL 60603 | | 3110-000 | | 2,868.00 | 16,865.85 |
| C 12/03/07 | 001009 | Popowcer Katten, Ltd 35 E. Wacker Drive Suite 1550 Chicago, Il 60601-2207 | | 3410-000 | | 1,024.00 | 15,841.85 |
| C 12/03/07 | 001010 | Fifth Third Bank 1850 E Paris Ave SE MD#ROPS05/Bankruptcy Grand Rapids MI 49546 | Claim 000001, Payment 11.19% | 7100-000 | | 2,905.33 | 12,936.52 |
| C 12/03/07 | 001011 | Chase Bank USA, N.A. c/o Weinstein & Riley, P.S. 2101 4th Avenue, Suite 900 Seattle, WA, 98121 | Claim 000002, Payment 11.19% | 7100-000 | | 3,056.50 | 9,880.02 |
| C 12/03/07 | 001012 | Discover Bank/Discover Financial Services PO Box 8003 Hilliard, OH 43026 | Claim 000003, Payment 11.19% | 7100-000 | | 1,714.67 | 8,165.35 |
| C 12/03/07 | 001013 | eCAST Settlement Corporation, assignee of HSBC Bank Nevada NA / HSBC Card Services III | Claim 000004, Payment 11.19% | 7100-000 | | 2,701.52 | 5,463.83 |

LFORM2T4

Ver: 12.61a

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 6

| Case No: | 05-41807 -ERW | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | COBURN, ANTONETTE | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******0614 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0248 | | |
| For Period Ending: | 12/31/07 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C   12/03/07 | 001014 | P.O. Box 35480<br>Newark, NJ 07193-5480<br>American Express Bank, FSB | Claim 000005, Payment 11.19% | 7100-000 | | 658.34 | 4,805.49 |
| C   12/03/07 | 001015 | c/o Becket and Lee, LLP<br>P.O. Box 3001<br>Malvern, PA 19355-0701<br>American Express Bank, FSB | Claim 000006, Payment 11.19% | 7100-000 | | 15.39 | 4,790.10 |
| C   12/03/07 | 001016 | c/o Becket and Lee, LLP<br>P.O. Box 3001<br>Malvern, PA 19355-0701<br>American Express Centurion Bank | Claim 000007, Payment 11.19% | 7100-000 | | 1,116.78 | 3,673.32 |
| C   12/03/07 | 001017 | c/o Becket and Lee, LLP<br>P.O. Box 3001<br>Malvern, PA 19355-0701<br>Citibank(South Dakota) N A | Claim 000008, Payment 11.19% | 7100-000 | | 2,557.23 | 1,116.09 |
| C   12/03/07 | 001018 | Citibank/CHOICE<br>Exception Payment Processing<br>PO Box 6305<br>The Lakes, NV 88901<br>Recovery Management Systems Corporation<br>For GE Money Bank<br>dba HOME DEPOT HIL<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, Fl 33131 | Claim 000009, Payment 11.19% | 7100-000 | | 1,116.09 | 0.00 |

LFORM2T4

Ver: 12.61a

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 7

| Case No: | 05-41807 -ERW | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | COBURN, ANTONETTE | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******0614 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0248 | | |
| For Period Ending: | 12/31/07 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

\* Reversed
t Funds Transfer
C Bank Cleared

| | |
|---|---|
| Memo Allocation Receipts: | 0.00 |
| Memo Allocation Disbursements: | 0.00 |
| Memo Allocation Net: | 0.00 |
| Total Allocation Receipts: | 270,000.00 |
| Total Allocation Disbursements: | 237,553.58 |
| Total Memo Allocation Net: | 32,446.42 |

Account *******0614
| | | | | | | |
|---|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | | |
| 0 | Deposits | 0.00 | 18 | Checks | 32,946.89 |
| 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | Subtotal | $ 0.00 | 0 | Transfers Out | 0.00 |
| 0 | Adjustments In | 0.00 | | Total | $ 32,946.89 |
| 5 | Transfers In | 32,946.89 | | | |
| | Total | $ 32,946.89 | | | |

Report Totals
| | | | | | | |
|---|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | | |
| 2 | Deposits | 32,446.42 | 18 | Checks | 32,946.89 |
| 23 | Interest Postings | 500.47 | 0 | Adjustments Out | 0.00 |
| | Subtotal | $ 32,946.89 | 5 | Transfers Out | 32,946.89 |
| 0 | Adjustments In | 0.00 | | Total | $ 65,893.78 |
| 5 | Transfers In | 32,946.89 | | | |
| | Total | $ 65,893.78 | Net Total Balance | $ 0.00 |

LFORM2T4

Ver: 12.61a