I, Roman Sukley, Attorney, state that pursuant to Section II, B, 4 of the